## No. 2.

### DUNMORE MANUFACTURING CO. *against* ROCKWELL.
*Addison*, 1818.

PLEA of Abatement. That the constable who served the writ was a member of the corporation.

*Judgment.* That the writ abate.

## No. 3.

### DUNMORE MANUFACTURING CO .*against* MORTON.
*Addison*, 1818.

A Corporation is not obliged to give security on praying out a writ.

PLEA in Abatement. That the Plaintiffs were not, at the time of suing out the writ, freeholders, and that the authority signing the writ, did not take *any* security by way of recognizance.

The Court decided, the Statute included *natural* persons *only*, and not artificial, as corporations.

*Judgment.* Plea insufficient.